## AFFIDAVIT IN SUPPORT OF ARREST WARRANT

Your Affiant, David Oaks, Deportation Officer at Immigration and Customs Enforcement ("ICE"), Department of Homeland Security in Baltimore Maryland, being duly sworn, hereby deposes and states as follows:

1. On or about June 20, 2012, Isaac Adalberto SANCHEZ-CRUZ ("SANCHEZ-CRUZ"), a/k/a Isaac Alberto Sanchez, a/k/a Luis Miguel Martinez, a citizen of El Salvador, was arrested by the Riverdale Police Department and charged with two counts of assault in the first degree, two counts of armed robbery, two counts of assault in the second degree, one count of theft $1,000 to under $10,000, one count of possessing a concealed dangerous weapon, and one count of theft less than $1,000. While SANCHEZ-CRUZ was in custody at the Prince George's County Detention Center in Prince George's County, records checks revealed that he was not lawfully in the United States.

2. On October 24, 2012, SANCHEZ-CRUZ was taken into ICE custody and processed for removal proceedings. Also, on October 24, 2012, SANCHEZ-CRUZ's fingerprints were submitted for comparison against a database of fingerprints of individuals previously removed from the United States. His fingerprints were found in the database and ICE records indicated that he had been previously removed after having sustained a criminal conviction. On October 24, 2012, a warrant of deportation (Form I-205) was issued.

3. Records on file with ICE revealed that SANCHEZ-CRUZ originally entered the United States illegally at an unknown time and an unknown place.

4. On April 1, 1992, SANCHEZ-CRUZ was convicted of the felony offense of voluntary manslaughter in Los Angeles Superior Court, California.

5. On May 28, 1992, ICE began deportation proceedings against SANCHEZ-CRUZ.

6. On November 9, 1998, SANCHEZ-CRUZ was ordered removed from the United States as an aggravated felon by an immigration judge in San Pedro, California, and a warrant of deportation (Form I-205) was issued. On the same day, documentation regarding the notice of the country to which deportation had been directed and the penalty for reentry was issued and served on SANCHEZ-CRUZ.

7. On February 20, 1999, SANCHEZ-CRUZ was removed to El Salvador from the United States through El Paso, Texas by plane. Prior to removal on February 20, 1999, SANCHEZ-CRUZ placed his fingerprint on the Form I-205 that had been issued on November 9, 1998.

8. At some point prior to June 20, 2012, SANCHEZ-CRUZ unlawfully reentered the United States without the permission of the Department of Justice or Department of Homeland Security.

9. Further fingerprint comparison completed by the FBI shows that the fingerprints taken in October 2012 when SANCHEZ-CRUZ was placed into ICE custody are identical with the fingerprints associated with FBI # 936893MA8. Based on fingerprint characteristics, the National Fingerprint File associated with FBI # 936893MA8 shows that Luis Miguel Martinez, a/k/a Isaac Adalberto SANCHEZ-CRUZ was convicted of the felony offense of voluntary manslaughter on April 1, 1992, subject to deportation proceedings that began on May 28, 1992, and again detained by immigration authorities in October 24, 2012.



10. Based upon the foregoing, there is probable cause that on or about June 20, 2012, in the District of Maryland, SANCHEZ-CRUZ, an alien who previously had been deported and removed, after having been convicted of an aggravated felony, knowingly entered and was found in the United States of America, the said defendant having not obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security, to reapply for admission into the United States as required by law. I respectfully request that this court issue an arrest warrant.

David Oaks
Deportation Officer
Immigration and Customs Enforcement
Department of Homeland Security

SUBSCRIBED TO AND SWORN BEFORE ME
THIS 19TH DAY OF NOVEMBER, 2012

HONORABLE WILLIAM CONNELLY
UNITED STATES MAGISTRATE JUDGE